# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-20604
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 17, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

EDGAR SANCHEZ GARCIA, also known as Edgar Garcia Sanchez, also known as Edgar Sanchez-Garcia, also known as Edgar Sanchez, also known as Edgar Garcia,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-232-1

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Edgar Sanchez Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Garcia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-20604

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.